# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40789
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 4, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

SHANNON GUESS RICHARDSON,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:13-CR-13

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Shannon Guess Richardson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Richardson has not filed a response. Counsel also moves to seal the record excerpts on appeal because they contain documents that were sealed in the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40789

The record is not sufficiently developed to allow us to make a fair evaluation of any claims of ineffective assistance of counsel which Richardson wishes to raise; we therefore decline to consider any such claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.), *cert. denied*, 135 S. Ct. 123 (2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Counsel's motions to seal the record excerpts and for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.